UNITED STATES DISTRICT COURT

FOR THE

Eastern District of Missouri

**RECEIVED**

MAY **2 6** 2026

**BY MAIL**

Elizabeth Duffy

V.                                                      INDEX.

Shahabuddeen A. Ally

Chidi A. Eze

Kevin Mcclanahan                   COMPLAINT

Monique Holaman

Carmen Pacheco

Wavny Toussaint

1. Defendants failed to show dignity in work,

2. Plaintiff claims punitive damages,

3. The estimate is over $50,000.

I certify that the above is true and correct.

Elizabeth Duffy   5/1/26